**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**SALINA BLANKENSHIP**
*individually and as next friend and
on behalf of all wrongful death
beneficiaries of JUSTIN HEATH
MURPHEE, deceased*                                        **PLAINTIFF**

**v.**                               **CIVIL CASE NO: 4:20-CV-00135-DMB-JMV**

**INDIVIOR INC. , et. al.**                                        **DEFENDANTS.**

**PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER**

Pursuant to this Court's Order to Show Cause issued on February 3, 2021, Docket number forty-four, Plaintiff respectfully states as follows:

1. Plaintiff filed her Motion to Amend with Attached Amended Complaint on December 7, 2020.

2. On December 21, 2020, the Plaintiff and Defendants joined in a Motion to Stay pending the JPML Determination regarding the instant case.

3. The parties have been awaiting a ruling from the JPML panel decision on January 28, 2021.

4. Plaintiff inadvertently did not refile the Amended Complaint upon the Court's ruling, but has since filed it this same date. Defendants did not object to the Amended Complaint and no prejudice will occur if the Amended Complaint is filed.

5. WHEREFORE, Premises considered, Plaintiff respectfully responds to this Court's Show Cause Order filing the Amended Complaint and

Respectfully submitted this the 4th day of February, 2021,

/s/ Stephanie Smith Woodard
STEPHANIE SMITH WOODARD, MSB# 105882
*Counsel for Plaintiff*

OF COUNSEL:
WOODARD LAW FIRM, LLC
501 7th Street North, Suite
Columbus, MS 39701
(662) 574-8824
woodardlawllc@gmail.com

## CERTIFICATE OF SERVICE

I hereby certified that I have electronically on the above dated filed the foregoing document with the Clerk of Court, using the CM/ECF system that will send notification of such filing to the following:

Christopher Essig    cessig@winston.com, jseiden@winston.com

Lewis W. Bell    lbell@watkinseager.com, klee@watkinseager.com

Mary Margaret Ratliff Gay    mmgay@gayjoneslaw.com, rroberts@gayjoneslaw.com

Michael D. Chase    mchase@mitchellmcnutt.com, dguyton@mitchellmcnutt.com, kdoty@mitchellmcnutt.com

Scott M. Ahmad    sahmad@winston.com, jseiden@winston.com

This the 4th day of February, 2021.

/s/ Stephanie Woodard
Stephanie Woodard